IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IBRAHIM A. SWEDAN,

        Petitioner,               No. 3:14-cv-01824-SU

        v.                                ORDER

MARION FEATHER,

        Respondent.

HERNÁNDEZ, District Judge:

    Magistrate Judge Sullivan issued a Findings and Recommendation [15] on February 9, 2015, in which she recommends that this Court deny Petitioner Swedan's Petition for Habeas Corpus Relief [1] under U.S.C. § 2241. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [15]. Accordingly, Petitioner Swedan's Petition for Habeas Corpus Relief [1] is denied. Additionally, the Court declines to issue a Certificate of Appealability because Petitioner Swedan has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 30 day of March, 2015.

/s/ Marco A. Hernandez
MARCO A. HERNÁNDEZ
United States District Judge